E-filing

1  Christopher T. Holland (SB # 164053)
   Anne E. Kearns (SB #183336)
2  Kathy M. Sarria (SB #181322)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, Suite 400
   San Francisco, California 94104
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5  Email:     cholland@kksrr.com

6  Karen R. Thorland (SB #172092)
   LOEB & LOEB LLP
7  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067
8  Telephone: (310) 282-2000
   Facsimile: (310) 282-2200
9  Email:     kthorland@loeb.com

10 Attorneys for Plaintiffs

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14 ARTISAN PICTURES, INC., a              CASE NO. C-05-03063 VRW
   Delaware corporation; WARNER
15 BROS. ENTERTAINMENT INC., a            [PROPOSED] ORDER GRANTING
   Delaware corporation; PARAMOUNT        PLAINTIFFS' MISCELLANEOUS
16 PICTURES CORPORATION, a                ADMINISTRATIVE REQUEST FOR
   Delaware corporation; COLUMBIA         LEAVE TO TAKE DISCOVERY PRIOR
17 PICTURES INDUSTRIES, INC., a           TO RULE 26 CONFERENCE
   Delaware corporation; DISNEY
18 ENTERPRISES, INC., a Delaware
   corporation; NEW LINE
19 PRODUCTIONS, INC., a Delaware
   corporation; UNIVERSAL CITY
20 STUDIOS PRODUCTIONS LLLP, a
   Delaware limited liability
21 limited partnership; TWENTIETH
   CENTURY FOX FILM CORPORATION, a
22 Delaware corporation; SONY
   PICTURES HOME ENTERTAINMENT
23 INC., a Delaware corporation;
   and LUCASFILM LTD., a
24 California corporation,

25           Plaintiffs,

26      vs.

27 DOES 1 - 57,

28           Defendants.

1    Upon Plaintiffs' Miscellaneous Administrative Request
2 for Leave to Take Discovery Prior to Rule 26 Conference, the
3 Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher
4 Harshman and Plaintiffs' Request for Judicial Notice, and having
5 considered the issues raised therein, including relevant privacy
6 issues, it is hereby:

7

8    ORDERED that the Administrative Request of Plaintiffs
9 for Leave to Take Discovery Prior to Rule 26 Conference is
10 granted.

11

12    IT IS FURTHER ORDERED that Plaintiffs may serve
13 immediate discovery on SBC Internet Services, Inc., or any other
14 entity identified by SBC Internet Services, Inc. as providing
15 network access or online services to one or more of the Doe
16 Defendants, by serving a Rule 45 subpoena that seeks information
17 sufficient to identify each Doe Defendant, including the name,
18 address, telephone number, email address, and Media Access
19 Control addresses for each Defendant.

20

21    IT IS FURTHER ORDERED THAT any information disclosed to
22 Plaintiffs in response to the Rule 45 subpoenas may be used by
23 Plaintiffs solely for the purpose of protecting Plaintiffs'
24 rights under the Copyright Act.

25 Dated: _____          _____
26                                  United States District Judge
27
28