1  Christopher T. Holland (SB # 164053)
   Anne E. Kearns (SB #183336)
2  Kathy M. Sarria (SB #181322)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, Suite 400
   San Francisco, California 94104
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5  Email:     cholland@kksrr.com

6  Karen R. Thorland (SB #172092)
   LOEB & LOEB LLP
7  10100 Santa Monica Boulevard, Suite 2200
   Los Angeles, California 90067
8  Telephone: (310) 282-2000
   Facsimile: (310) 282-2200
9  Email:     kthorland@loeb.com

10 Attorneys for Plaintiffs

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14 ARTISAN PICTURES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; NEW LINE PRODUCTIONS, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; and LUCASFILM LTD., a California corporation,

        Plaintiffs,

   vs.

27 DOES 1 - 57,

        Defendants.

CASE NO. C-05-03063 VRW

[PROPOSED] ORDER GRANTING PLAINTIFFS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE

1  Upon Plaintiffs' Miscellaneous Administrative Request
2  for Leave to Take Discovery Prior to Rule 26 Conference, the
3  Declarations of Chad Tilbury, Thomas Carpenter and R. Christopher
4  Harshman and Plaintiffs' Request for Judicial Notice, and having
5  considered the issues raised therein, including relevant privacy
6  issues, it is hereby:

7

8  ORDERED that the Administrative Request of Plaintiffs
9  for Leave to Take Discovery Prior to Rule 26 Conference is
10 granted.

11

12 IT IS FURTHER ORDERED that Plaintiffs may serve
13 immediate discovery on SBC Internet Services, Inc., or any other
14 entity identified by SBC Internet Services, Inc. as providing
15 network access or online services to one or more of the Doe
16 Defendants, by serving a Rule 45 subpoena that seeks information
17 sufficient to identify each Doe Defendant, including the name,
18 address, telephone number, email address, and Media Access
19 Control addresses for each Defendant.

20

21 IT IS FURTHER ORDERED THAT any information disclosed to
22 Plaintiffs in response to the Rule 45 subpoenas may be used by
23 Plaintiffs solely for the purpose of protecting Plaintiffs'
24 rights under the Copyright Act.

25 Dated: _____
26                              _____
                                    United States District Judge
27
28