Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Phone:     (415) 249-8330
Fax:       (415) 249-8333
Email:     cholland&kksrr.com

Karen R. Thorland (State Bar No. 172092)
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Phone:     (310)282-2000
Fax:       (310)282-2200
Email:     kthorland@lob.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTISAN PICTURES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; NEW LINE PRODUCTIONS, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; and LUCASFILM LTD., a California corporation,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DOES 1 – 57,<br><br>        Defendants. | Case No.: C-05-03063 VRW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE PENDING DEADLINES AND [PROPOSED] ORDER** |

Plaintiffs ARTISAN PICTURES, INC., WARNER BROS. ENTERTAINMENT INC.; PARAMOUNT PICTURES CORPORATION; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NEW LINE PRODUCTIONS, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; TWENTIETH CENTURY FOX FILM CORPORATION; SONY PICTURES HOME ENTERTAINMENT INC.; and LUCASFILM LTD. ("Plaintiffs") hereby request that this Court continue all deadlines in this matter, as set forth herein.

Plaintiffs make this request, not for the purpose of delay or hindrance, but for good cause on the basis that Plaintiffs are currently in active settlement negotiations with the sole remaining Doe Defendant in this action.

On July 28, 2005, Plaintiffs filed the Complaint in this action against Does 1-57.  Plaintiffs then filed a Miscellaneous Administrative Request for Leave to Take Discovery Prior to the Rule 26 Conference so that Plaintiffs could serve a subpoena on SBC Internet Services to identify the Doe Defendants who were infringing upon Plaintiffs' copyrights.  On August 5, 2005, the Court granted Plaintiff's Administrative Request.  Plaintiffs then served the subpoena on SBC Internet Services, Inc. and obtained the names of the Doe Defendants.

One of the Doe Defendants that Plaintiffs identified through the subpoena was Clara McCully.  Ms. McCully then answered the Complaint on October 18, 2005.  Plaintiffs have since been in settlement discussions with Ms. McCully's

1 attorney, but unfortunately have not been able to reach a
2 settlement agreement at this time.  In the meantime, the initial
3 discovery and scheduling deadlines set by this Court are
4 approaching.
5      Plaintiffs believe in good faith that settlement
6 negotiations could prove fruitful if the Court grants Plaintiffs
7 additional time in which they can make further efforts to
8 resolve this matter.
9      Plaintiffs have been unable to reach Ms. McCully's attorney
10 this week (the week of the Thanksgiving holiday) to obtain a
11 stipulation to continue the Case Management Conference
12 deadlines.  It is Plaintiffs' good faith belief, however, that
13 Ms. McCully's attorney would not have any objection to
14 continuing the deadlines as proposed herein.
15      Earlier today, Plaintiffs filed a Notice of Dismissal as to
16 the other 56 Doe Defendants.  Thus, the only pending claim at
17 this time is against Ms. McCully.  Consequently, Plaintiffs
18 respectfully request that the Court extend the deadlines by
19 approximately sixty (60) days as set forth below:
20
21
22
23
24
25 //
26
27 //
28

| Description | Original Deadline | New Deadline |
|---|---|---|
| Last day to meet and confer re initial disclosures and to file Joint ADR Certification or Notice of Need for ADR Phone Conference | November 18, 2006 | January 20, 2006 |
| Last Day to Complete Initial Rule 26 Disclosures or state objection to Rule 26 Report; file/serve Case Management Statement and file/serve Rule 26 Report | November 18, 2006 | January 20, 2006 |
| Case Management Conference | November 29, 2005 | January 31, 2006; at 9:00 a.m. |

For the reasons set forth herein, Plaintiffs respectfully request the Court to continue the deadlines as described above.

Dated: November 22, 2005

CHRISTOPHER T. HOLLAND
ANNE E. KEARNS
KATHY M. SARRIA
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

KAREN R. THORLAND
LOEB & LOEB LLP

By        /S/
CHRISTOPHER T. HOLLAND
Attorney for Plaintiffs
ARTISAN PICTURES; WARNER BROS.; PARAMOUNT PICTURES; COLUMBIA PICTURES; DISNEY ENTERPRISES; NEW LINE PRODUCTIONS; UNIVERSAL CITY STUDIOS PRODUCTIONS; TWENTIETH CENTURY FOX; SONY PICTURES HOME ENTERTAINMENT; and LUCASFILM

1 **ORDER**

2     The Court has considered Plaintiffs' Request to Continue
3 Deadlines, any opposition to said application and all other
4 materials presented to the Court, and GOOD CAUSE APPEARING,
5 Plaintiffs' Request is hereby **GRANTED**, and the deadlines are
6 extended as follows:

| Description | Original Deadline | New Deadline |
|---|---|---|
| Last day to meet and confer re initial disclosures and to file Joint ADR Certification or Notice of Need for ADR Phone Conference | November 18, 2006 | January 20, 2006 |
| Last Day to Complete Initial Rule 26 Disclosures or state objection to Rule 26 Report; file/serve Case Management Statement and file/serve Rule 26 Report | November 18, 2006 | January 20, 2006 |
| Case Management Conference | November 29, 2005 | January 31, 2006; at 9:00 a.m. |

21     **IT IS SO ORDERED.**

22 DATED: _____, 2005

23 November 23, 2005

    _____
24     Judge Vaughn R Walker
    United States District Court