01-26-2006 15:47   REED AND ASSOCIATES   2162316014                                    PAGE2

```
 1 │ Christopher T. Holland (State Bar No. 164053)
   │ Anne E. Kearns (State Bar No. 183336)
 2 │ Kathy M. Sarria (State Bar No. 181322)
   │ KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
 3 │ 114 Sansome Street, Suite 400
   │ San Francisco, CA 94104
 4 │ Phone:    (415) 249-8330
   │ Fax:      (415) 249-8333
 5 │ Email:    cholland&kksrr.com
   │
 6 │ Karen R. Thorland (Sate Bar No. 172092)
   │ Loeb & Loeb LLP
 7 │ 10100 Santa Monica Blvd., Suite 2200
   │ Los Angeles, CA 90067
 8 │ Phone:    (310)282-2000
   │ Fax:      (310)282-2200
 9 │ Email:    kthorland@loeb.com
   │
10 │ Attorneys for Plaintiffs
11 │                UNITED STATES DISTRICT COURT
12 │              NORTHERN DISTRICT OF CALIFORNIA
13 │                   SAN FRANCISCO DIVISION
```

| | |
|---|---|
| ARTISAN PICTURES, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; NEW LINE PRODUCTIONS, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; SONY PICTURES HOME ENTERTAINMENT INC., a Delaware corporation; and LUCASFILM LTD., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> DOES 1 - 57, <br><br> Defendants. | Case No.: C-05-3063 VRW <br><br> STIPULATED DISMISSAL <br><br> **GRANTED** <br> *Judge Vaughn R Walker* <br> (UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal) <br><br> Dated: January 30, 2006 |

NOTICE OF VOLUNTARY DISMISSAL

01-26-2006 15:32   REED AND ASSOCIATES   2162316014                                    PAGE2

1  Plaintiffs previously dismissed all of the Doe Defendants
2  in this action with the exception of Doe Defendant 42.
3  It is hereby stipulated by and between Plaintiffs and Doe
4  Defendant 42 (Clara McCully), through their respective
5  undersigned counsel, that all claims against Doe Defendant 42
6  (Clara McCully) in the above-captioned matter shall and hereby
7  are dismissed <u>without prejudice</u> pursuant to Federal Rule of
8  Civil Procedure 41(a)(1), each side to bear its own costs and
9  attorneys' fees.

10  Dated: 1-26-06

11                                  CHRISTOPHER T. HOLLAND
                                    ANNE E. KEARNS
12                                  KATHY M. SARRIA
                                    KRIEG, KELLER, SLOAN, REILLEY &
13                                  ROMAN LLP

14                                  KAREN R. THORLAND
                                    LOEB & LOEB LLP
15
16                                  By _____
                                         CHRISTOPHER T. HOLLAND
17                                       Attorney for Plaintiffs

18
19
20  Dated: 1-26-06            LAW OFFICES OF TYRONE E. REED
21
22
23
24
25                                  By _____
                                         TYRONE E. REED
26                                       Attorney for Doe Defendant 42
                                         (Clara McCully)
27
28

NOTICE OF VOLUNTARY DISMISSAL
2